Decided September 20, 2005

## JANCIS L. FULLER *v.* THE DAY PUBLISHING COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 237 (AC 25228), is denied.

*Jancis L. Fuller,* pro se, in support of the petition.

*Thomas W. Boyce, Jr.,* in opposition.

Decided September 20, 2005